# UNITED STATES DISTRICT COURT
for the Southern District of Florida

CASE NO.:  19CV22063-FAM

CLAUDIO RUBENCAYUQUEO and all others similarly situated under 29 U.S.C. 216(b),

   Plaintiff,

vs.

BLACKMAKER LLC,
PETER CONLEY,
ANA CONLEY,

   Defendant.

**SUMMONS IN A CIVIL ACTION**

Ana Conley
2225 N. Meridian Ave.
Miami Beach, FL 33139

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
   300 71ST Street, Suite 605
   Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  May 22, 2019



Angela E. Noble
Clerk of Court

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts